JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCREEN ACTORS GUILD-AMERICAN FEDERATION OF TELEVISION AND RADIO ARTISTS, a non-profit corporation, as successor-in-interest to SCREEN ACTORS GUILD, INC., on behalf of Affected Performers,<br><br>      Petitioner,<br><br>v.<br><br>VERDICT ENTERTAINMENT DISTRIBUTION PTY LTD.,<br><br>      Respondent. | Case No.  CV12-9649- CBM (MRWx)<br><br>[PROPOSED] JUDGMENT |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    The regularly noticed Motion for Order Confirming Arbitration Award and for Entry of Judgment in Conformity Therewith of petitioner Screen Actors Guild-American Federation of Television and Radio Artists ("Union"), as successor-in-interest to Screen Actors Guild, Inc. ("SAG"), came before the Court.

    Having considered all of the pleadings and arguments submitted by the

parties in connection with this motion, the pleadings and papers on file, and any oral and/or documentary evidence presented at the time of hearing, the Court GRANTS the Motion. The Court finds that the arbitration award is valid and should be enforced, that the hourly rate and number of hours spent on this Motion by Petitioner's counsel are reasonable, and that the costs sought are reasonable.

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment be entered in this case as follows:

1. The stipulated arbitration award in favor of Screen Actors Guild-American Federation of Television and Radio Artists, as successor-in-interest to Screen Actors Guild, Inc., ("SAG-AFTRA") and against Verdict Entertainment Distribution PTY Ltd., Union Case TM 3687, dated November 17, 2008 is confirmed in all respects.

2. Verdict Entertainment Distribution PTY Ltd. is ordered to pay as follows:

    (a) To Screen Actors Guild-American Federation of Television and Radio Artists, on behalf of affected performers, the sum of $17,596.00;

    (b) To Screen Actors Guild-American Federation of Television and Radio Artists for its attorney's fees incurred in this action, the sum of $2,400.00; and

    (c) To Screen Actors Guild-American Federation of Television and Radio Artists for its costs incurred in this action, the sum of $350.00.

3. Screen Actors Guild-American Federation of Television and Radio Artists is hereby granted an assignment of Verdict Entertainment Distribution PTY Ltd.'s accounts receivable from the distribution, exhibition, exploitation or other use of the motion picture entitled *The Bloke Goes To Hollywood* anywhere in the world until the amounts due are paid in full.

1    4.    SAG-AFTRA is authorized to engage in any of the remedial actions
2 provided for in the Security Agreement.
3    5.    The parties are to split any arbitrator fees.

Dated: _February 13, 2013     

Judge of the United States District Court

- 3 -                                           [PROPOSED] JUDGMENT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28